UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCIS KEMP,** | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action Number:** |
| | ) | **8:18-cv-00550-LSC-MDN** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **BOEHRINGER INGELHEIM** | ) | |
| **PHARMACEUTICALS, INC. and** | ) | |
| **BOEHRINGER INGELHEIM** | ) | |
| **INTERNATIONAL GMBH,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

As allowed by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that the above-styled matter is voluntarily dismissed, without prejudice, in its entirety, each party to bear its own costs and expenses.

Respectfully submitted,

BY: /s/ *Christopher J. Quinn*

Christopher J. Quinn (MO #41883)
The Driscoll Firm, P.C.
211 North Broadway, 40th Floor
St. Louis, MO. 63102
chris@thedriscollfirm.com

ATTOREY FOR PLAINTIFF

/s/ Eric E. Hudson
Eric E. Hudson (TN #022851)
BUTLER SNOW LLP

6075 Poplar Avenue, Suite 500
Memphis, TN 38119
eric.hudson@butlersnow.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2020, a copy of the foregoing was filed electronically with the Clerk of the Court, to be served via the Court's electronic filing system on all counsel of record.

By: /s/ *Christopher J. Quinn*